```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                              :
LENNY ROSS,                   :
                              :   Civ. No. 19-6595 (NLH)
        Petitioner,           :
                              :
    v.                        :   MEMORANDUM & ORDER
                              :
PATRICK NOGAN, et al.,        :
                              :
        Respondents.          :
_____:

Appearances

Steven D. Altman, Esq. & Philip Nettl, Esq.
Benedict & Altman, Esq.
247 Livingston Ave.
New Brunswick, NJ 08901

    Counsel for Petitioner

John J. Santoliquido, Esq.
Office of the Prosecutor
4997 Unami Blvd.
P.O. Box 2002
Mays Landing, NJ 08330

    Counsel for Respondents

HILLMAN, District Judge

    Petitioner is a state prisoner who was initially proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 2, 2022, this Court denied Petitioner's habeas petition.  See ECF Nos. 12 & 13.  On June 28, 2022, Petitioner, now acting through counsel, filed a motion to reopen the case pursuant to Federal Rule of Civil Procedure 60(b).  See ECF No. 16.

To date, Respondents have not filed a response to Petitioner's motion to reopen.  Prior to ruling on Petitioner's outstanding motion, Respondents shall be ordered to file a response.  Petitioner shall thereafter be given a short period to file a reply brief should he elect to do so.

Accordingly, IT IS on this __21st__ day of July, 2022,

ORDERED that Respondents shall file a response to Petitioner's motion to reopen, see ECF No. 16, within fourteen (14) days of the date of this order, and it is further

ORDERED that Petitioner may file a reply brief in support of his outstanding motion within seven (7) days after Respondents file their response.

At Camden, New Jersey

                                                s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.